# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| LOUIS LOUIDOL, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-14 |
| v. | * | |
| WARDEN T. JOHNS, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's August 1, 2016, Report and Recommendation, to which Petitioner Louis Louidol ("Louidol") has filed no objections. Dkt. No. 12. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Consequently, the Court **DISMISSES** without prejudice Louidol's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Louidol leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7 day of September, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)